

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-14-00349-CV

**IN THE INTEREST OF C.D.**,

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-08-21978-CV
The Honorable Cathy O. Morris, Judge Presiding

## O R D E R

The Court Reporter's notification of late record is this date NOTED. The reporter's record is due on June 16, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court